UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-21 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| LEILANI LEW, | |
| Defendant(s). | |

Presently before the court is defendant Leilani Lew's motion to extend time to file an objection to Magistrate Judge Foley's report and recommendation ("R&R"). (ECF No. 295).

Any objections to the R&R are currently due by May 4, 2018. Counsel for defendant requests an extension as he was retained on May 3, 2018, and has insufficient time to compile an adequate objection to the R&R by the current deadline. Defendant notes that the remaining defendants recently filed a joint motion to continue trial dates, and that the prejudice resulting from a failure to grant the requested extension far outweighs any potential prejudice to the government from granting the extension. (ECF No. 295). Plaintiff requests the court extend the deadline to file an opposition up to and including May 18, 2018.

Good cause appearing, the court will grant the motion.

. . .

. . .

. . .

. . .

. . .

. . .

1    Accordingly,

2        IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to

3    extend time to file an objection (ECF No. 295) be, and the same hereby is, GRANTED.

4        DATED May 7, 2018.

5

6    _____

7                           UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**