UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-21 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| LEILANI LEW, | |
| Defendant(s). | |

Presently before the court is defendants Leilani Lew, Barbara Lizardo, and Tomasz Marciniak's motion to continue calendar call and trial date. (ECF No. 293).

On May 17, 2018, the parties in this case filed a stipulation to continue calendar call and trial date. (ECF No. 310). On May 22, 2018, the court granted the stipulation. (ECF No. 313). Therefore, defendants' motion is moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to continue calendar call and trial date (ECF No. 293) be, and the same hereby is, DENIED as moot.

DATED May 24, 2018.

_____
UNITED STATES DISTRICT JUDGE