UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>LEILANI LEW,<br>　　　　　　　　　　Defendant. | Case No. 2:17-cr-00021-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion for Defendant to Appear Telephonically at August 22, 2018 Hearing (ECF No. 334), filed July 25, 2018. Upon review and consideration and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's Motion for Defendant to Appear Telephonically at August 22, 2018 Hearing (ECF No. 334) is **granted**.

**IT IS FURTHER ORDERED** that Defendant is instructed to call telephone number: **(888) 251-2909, access code 7771745** five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a speaker phone during the call is **prohibited**.

Dated this 26th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1