NICHOLAS M. WOOLDRIDGE
Nevada State Bar No. 8732
WOOLDRIDGE LAW LTD.
400 South 7th Street, Fourth Floor
Las Vegas, NV 89101
Telephone: (702) 330-4645
nicholas@wooldridgelawlv.com
Attorney for Leilani Lew

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-21-JCM-GWF-3 |
| Plaintiff, | |
| vs. | |
| LEILANI LEW, | **MOTION TO PERMIT DEFENDANT TO APPEAR VIA TELEPHONE FOR OCTOBER 10, 2019 STATUS CHECK** |
| Defendant. | |

Leilani Lew (hereinafter, <u>Ms. Lew or Defendant Lew</u>), through her attorney Nicholas Wooldridge Esq., of WOOLDRIDGE LAW Ltd., files this motion to permit the Ms. Lew to appear via telephone for the October 10, 2019 status check.   In support of this motion, Ms. Lew sets forth the following:

1. Defendant LEW is currently under a Pretrial Diversion Agreement.

2  Defendant LEW is at liberty on bond and agrees to the requested continuance.

3. Defendant LEW lives and resides in Florida, and the costs and associated fees to travel to Nevada for the status check will result in hardship for Ms. LEW.

4.  Undersigned counsel has spoken with counsel for the Government, AUSA Daniel J. Cowhig, has represented that the Government has no opposition to Ms. LEW appearing via telephone for the status check.

1

1  　　WHEREFORE, Counsel moves this Honorable Court for an order allowing Ms. LEW to

2  appear telephonically for the October 10, 2019 status check.

3  Dated: October 10, 2019

4

5

6  _____//s//_____
   NICHOLAS WOOLDRIDGE ESQ.
   Wooldridge Law Ltd.
7  Counsel for defendant LEILANI LEW

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-21-JCM-GWF |
| Plaintiff, | |
| vs. | |
| LEILANI LEW, | **ORDER TO PERMIT LEILANI LEW TO APPEAR TELEPHONICALLY FOR THE OCTOBER 10, 2019 STATUS CHECK.** |
| Defendant. | |

**ORDER**

**IT IS HEREBY ORDERED**, based upon the defense counsel representations, that Ms. LEW is

permitted to appear telephonically for the October 10, 2019 status check.

IT IS SO ORDERED October 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

1

# CERTIFICATE OF SERVICE

I, MELODY PHOMMOLY, certify that the following individual was served with a copy of the MOTION TO PERMIT DEFENDANT TO APPEAR VIA TELEPHONE FOR OCTOBER 10, 2019 STATUS CHECK on this date by Electronic Case File system:

DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020
daniel.cowhig@usdoj.gov

DATED:  October 10, 2019

_____//s//_____
MELODY PHOMMALY

1